# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Woodbridge Group of Companies, LLC  
    Debtor

Bankruptcy Case No.: 17–12560–BLS

Bankruptcy Chapter: 11

---

Michael Goldberg

    Plaintiff

    vs.

Paul & Colleen McIntyre Joint Tenants with Rights of Survivorship

    Defendant(s)

Adv. Proc. No.: 19–50302–BLS

## JUDGMENT BY DEFAULT

On 7/2/20, default was entered against defendant(s) Paul & Colleen McIntyre Joint Tenants with Rights of Survivorship. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Paul & Colleen McIntyre Joint Tenants with Rights of Survivorship in the amount of $170,308.01 plus court filing costs in the amount of $350.00 .

Date: 4/1/21

Una O'Boyle, Clerk of Court

(VAN–433b)